Jonathan Cothran (SBN: 259210)
Kiet, Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, CA 92867
Tel.   (714) 974-5652
Fax   (714_221-0890
Email kczlawbk@gmail.com

Attorney for Debtors

**FILED & ENTERED**

**DEC 01 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY speters   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>    Eduardo Recinos<br>    Carolina Recinos<br><br>        Debtors.<br>Eduardo Recinos<br>Carolina Recinos,<br><br>        Plaintiffs,<br><br>vs.<br><br>GreenTree Servicing, LLC, servicer for the note held by Bank of America N.A., its successors and assignees,<br><br>        Defendant. | Case No. **2:10-BK-39165-VZ**<br><br>Chapter 13<br><br>Adv. No.: **2:10-AP-02348-VZ**<br><br>**STIPULATED JUDGMENT**<br><br>Future Hearing Date:<br>Date:  January 4, 2011<br>Time:  1:30PM<br>Location:  255 E Temple St., Ctrm 1368, Los Angeles, CA 90012 |

Plaintiffs, Eduardo Recinos and Carolina Recinos (hereinafter referred to as "Plaintiffs"), by and through their counsel of record, Jonathan Cothran, filed an Adversary Proceeding For Complaint to Determine Value of Real Property, Determine the Extent of the Secured Claims and To Avoid the Lien of GreenTree Servicing, LLC, servicer for the note held by Bank of America N.A., its successors and assignees (hereinafter referred to as "Defendant"), Pursuant to 11 U.S.C. §506(a) to avoid the second mortgage lien on the Real Property commonly known as 3690 Summer Lane, Baldwin Park, CA

-1-

1  91706 (hereinafter referred to as the "Property") on July 26, 2010.  The
2  Plaintiffs and Defendant having stipulated to the entry of judgment with
3  respect to the claim of the Defendant secured by the second deed of trust on
4  the Property pursuant to the Stipulated Judgment (the "Stipulation"), the
5  court having reviewed the Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the stipulation is approved.

###

DATED: December 1, 2010

_____
United States Bankruptcy Judge

-2-

STIPULATED JUDGMENT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1576 N Batavia St., Ste. 1C, Orange, CA 92867

A true and correct copy of the foregoing document described **STIPULATED JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _November 16, 2010_  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

OneWest Bank, C/O:  McCarthy & Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101
Bank of America, Attn:  Bankruptcy Department, 4161 Piedemont Pkwy, Greensboro, NC 27420
Bank of America, Attn:  Brian Moynihan, CEO, 100 N Tryon Street, Charlotte, NC 28255
Greentree Servicing, LLC, Attn:  Bankruptcy Department, 345 St. Peter St., Ste. 600, St. Paul, MN 55102
Greentree Servicing, LLC, 7360 S Kyrene Rd., Recovery Department T-120, Tempe, AZ 85283
Judge Vincent Zurzolo, 255 E Temple St., Ste. 1360, Los Angeles, CA 90012
Nancy Curry, 606 S. Olive St., Ste. 950, Los Angeles, CA 90014
US Trustee, 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017
Eduardo and Carolina Recinos, 3690 Summer Lane, Baldwin Park, CA 91706

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 16, 2010 | Maria Anduray | /s/ Maria Anduray |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

STIPULATED JUDGMENT

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **STIPULATED JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Eduardo and Carolina Recinos, 3690 Summer Lane, Baldwin Park, CA 91706

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

OneWest Bank, C/O:  McCarthy & Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101
Bank of America, Attn:  Bankruptcy Department, 4161 Piedemont Pkwy, Greensboro, NC 27420
Bank of America, Attn:  Brian Moynihan, CEO, 100 N Tryon Street, Charlotte, NC 28255
Greentree Servicing, LLC, Attn:  Bankruptcy Department, 345 St. Peter St., Ste. 600, St. Paul, MN 55102
Greentree Servicing, LLC, 7360 S Kyrene Rd., Recovery Department T-120, Tempe, AZ 85283
Nancy Curry, 606 S. Olive St., Ste. 950, Los Angeles, CA 90014
US Trustee, 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017

☐ Service information continued on attached page

-4-

STIPULATED JUDGMENT